# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., A CALIFORNIA CORPORATION, | Case No. SACV 12-2168-CJC (ANx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLY WITH JULY 30, 2014 ORDER** |
| vs. | |
| ARIADNE CAPITAL LIMITED, a U.K. company and ENTREPRENEUR COUNTRY, an unknown entity, | |
| Defendants. | |

# ORDER

Having considered the parties' Joint Stipulation to Continue Deadline to Comply with July 30, 2014 Order (the "Order"), and for good cause showing, the Court hereby **GRANTS** the Stipulation and orders that the deadline for Ariadne to fully comply with the Order's requirements regarding Ariadne's responses to EMI's Requests for Production of Documents Nos. 9, 20, 36, and 40 (the "Document Requests") is extended from August 9, 2014, to the close of business on August 14, 2014. All additional documents that must be produced pursuant to the Order must be delivered to counsel for EMI by that time. The Court will not grant any further extensions to comply with its Order regarding the Document Requests.

**IT IS SO ORDERED.**

Date: September 10, 2014   _____

Arthur Nakazato

United States District Court Magistrate Judge

2

[PROPOSED] ORDER
DWT 24586055v1 0100643-000001