MARK A. FINKELSTEIN (SBN 173851)
mafinkelstein@jonesday.com
LUCY J. WHEATLEY (*pro hac vice*)
lwheatley@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

*Attorneys for Plaintiff*

JAMES D. NGUYEN (SBN 179370)
Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-8643
Fax: (213) 633-6899
Email: jimmynguyen@dwt.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ARIADNE CAPITAL LIMITED, a U.K. company and ENTREPRENEUR COUNTRY, an unknown entity,<br><br>　　　　　　Defendants. | Case No. 8:12-cv-02168-CJC-AN<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their attorneys of record, hereby jointly stipulate and agree that the above-captioned action is hereby dismissed without prejudice.

Dated: September 15, 2014

Respectfully submitted,

JONES DAY

By: */s/ Mark A. Finkelstein*
Mark A. Finkelstein

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By: */s/ James D. Nguyen*
James D. Nguyen

*Attorneys for Defendants*

### Attorney Attestation

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory via email on September 15, 2014 indicated by a "conformed" signature (/s/) within this document.

*/s/ Mark A. Finkelstein*
Mark A. Finkelstein

*Attorney for Plaintiff*